# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2015

150421-2

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

BEACON SPECIALIZED LIVING SERVICES, INC., COTTAGE III,
      Petitioner-Appellee,

v

BUREAU OF CHILDREN & ADULT LICENSING and DEPARTMENT OF HUMAN SERVICES DIRECTOR,
      Respondents-Appellants.

SC: 150421
COA: 310895
Van Buren CC: 11-061003-AA

_____/

BEACON SPECIALIZED LIVING SERVICES, INC., COTTAGE II,
      Petitioner-Appellee,

v

BUREAU OF CHILDREN & ADULT LICENSING and DEPARTMENT OF HUMAN SERVICES DIRECTOR,
      Respondents-Appellants.

SC: 150422
COA: 313030
Van Buren CC: 11-061265-AA

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2015



t0421

Clerk